Petition12C – Rev. 6/18

UNITED STATES DISTRICT COURT
for
Arizona

Petition for Warrant to Revoke Supervised Release



☒ FILED  ☐ LODGED

May 11 2021

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

| | | | |
|---|---|---|---|
| Name of Offender: | **Eric Ray Williams** | Case No.: | **CR-99-00450-001-PHX-DGC** |
| Name of Judicial Officer: | **The Honorable David G. Campbell** <br> **Senior United States District Judge** | | **T-SEALED** |

Date of Original Sentence: **1/14/2000**

Original Offense: **Count 7: Second Degree Murder, 18 U.S.C. §§ 1153 and 1111, Class A Felony; Count 9: Possession or Use of a Firearm While Committing a Crime of Violence, 18 U.S.C. § 924(c), Class C Felony.**

Original Sentence: **Count 7: 80 months Bureau of Prisons, 60 months supervised release; Count 9: 120 months Bureau of Prisons, 36 months supervised release; Custody sentences to run consecutively, supervised release to run concurrent with one another**

| | | |
|---|---|---|
| Type of Supervision: | **Supervised Release** | Date Supervision Commenced: **4/23/2021** <br> Date Supervision Expires: **8/22/2025** |
| Assistant U.S. Attorney: | **Amy Chang** <br> **602-514-7500** | Defense Attorney: **D Stephen Wallin** <br> **602-254-2300** |

Petitioning the Court to issue a Warrant to Revoke Supervised Release

The probation officer alleges Eric Ray Williams has violated the following condition(s) of supervision:

| **Allegation** | **Nature of Noncompliance** |
|---|---|
| A | **Standard Condition #2** which states, *"After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed."* <br><br> On April 26, 2021, Williams was directed to contact U.S. Probation April 27, 2021. Williams failed to contact U.S. Probation Officer (USPO) Michelle Bertinetti. This is evidenced by testimony from USPO Michelle Bertinetti. Grade C violation. U.S.S.G. §7B1.1(a)(3). |

cc: Prob

Page 2
RE: Eric Ray Williams
Petition to Revoke Supervised Release
May 03, 2021

      B      **Standard Condition #5** which states, *"You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change."*

On April 26, 2021, Williams stated he was leaving U.S. Probation and reporting immediately to Transitional Living Communities (TLC) in Mesa, Arizona. This was based on a directive from Maricopa County Superior Court Adult Probation, and U.S. Probation's instructions to maintain compliance with his county probation. Williams failed to show at TLC and failed to report his current address to U.S. Probation. This is witnessed by testimony from U.S. Probation Officer Michelle Bertinetti. Grade C violation. U.S.S.G. §7B1.1(a)(3).

      C      **Standard Condition #13** which states, *"You must follow the instructions of the probation officer related to the conditions of supervision."*

On April 26, 2021, Williams was instructed to report to Transitional Living Communities, Mesa, Arizona, and contact U.S. Probation April 27, 2021; he failed to complete either task. This is witnessed by testimony from U.S. Probation Officer Michelle Bertinetti. Grade C violation. U.S.S.G. §7B1.1(a)(3).

**U.S. Probation Officer Recommendation and Justification**

Eric Ray Williams has violated the trust of the Court. A warrant is recommended to initiate revocation proceedings as Eric Ray Williams' whereabouts are unknown, he is a flight risk, he is considered dangerous and he will likely not appear on a summons.

I declare under penalty of law that the foregoing is true and correct to the best of my knowledge:

_____      May 4, 2021
Michelle C. Bertinetti                                                        Date
U.S. Probation Officer
Office: 602-322-7415
Cell: 602-354-6344

Page 3
RE:  Eric Ray Williams
Petition to Revoke Supervised Release
May 03, 2021

Reviewed by,

_____   May 4, 2021
Branden G. Austill                 Date
Supervisory U.S. Probation Officer
Office:  928-261-4021
Cell:  928-246-9329

The Court Orders

☐  No Action
☒  The Issuance of a Warrant
☐  The Issuance of a Summons
☐  Other

_____   5/11/2021
The Honorable David G. Campbell    Date
Senior United States District Judge